# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

—————————————————

No. 1D18-245

—————————————————

KESARIO LEONARD JOHNSON,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

—————————————————

On appeal from the Circuit Court for Duval County.
Steven B. Whittington, Judge.

April 3, 2018

PER CURIAM.

    AFFIRMED.

ROWE, RAY, and MAKAR, JJ., concur.

—————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

—————————————————

Kesario Leonard Johnson, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.